UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| CLAYTON ROBINETTE, | ) | |
| Plaintiff, | ) ) | |
| | ) | No. 5:20-CV-479-REW |
| v. | ) ) | |
| KENNEY ORTHO GROUP, INC., | ) ) | ORDER |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed a "Joint Stipulation of Dismissal" with prejudice. DE 30. The filing satisfies the Rule 41(a)(1)(A)(ii) requirements. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (permitting voluntary dismissal "without a court order" on filing of a "stipulation of dismissal signed by all parties who have appeared"). Accordingly, the Court **DIRECTS** the clerk to term DE 30 and **STRIKE** this matter from the Court's active docket, as dismissed with prejudice per DE 30's terms.

This the 26th day of April, 2022.

Signed By:
*Robert E. Wier* REW
United States District Judge